IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| H-D U.S.A., LLC,<br><br>      Plaintiff,<br><br>v.<br><br>3AAA STORE, et al.,<br><br>      Defendants. | Case No. 19-cv-01789<br><br>**Judge Charles R. Norgle**<br><br>**Magistrate Judge Maria Valdez** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure Plaintiff H-D U.S.A., LLC ("Harley-Davidson" or "Plaintiff") hereby dismisses this action with prejudice against the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Car Light Fun Light Store | 6 |
| DRFLYSD JINYU AUTOPARTS Store | 7 |
| Jeebel L Store | 12 |
| Vehicle Solution Store | 28 |
| Off road Lights Factory Store | 48 |
| 3a-part | 64 |
| aftermarketmotorparts | 66 |
| lmmotorcycle-market | 83 |
| luanmingmoto | 84 |
| seasonstore2016 | 93 |
| willhappy99 | 99 |
| Bakuis | 106 |
| FunLight | 122 |

Dated this 25th day of April 2019.   Respectfully submitted,

/s/ RiKaleigh C. Johnson
Amy C. Ziegler
Justin R. Gaudio
RiKaleigh C. Johnson
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law

*Counsel for Plaintiff H-D U.S.A., LLC*