IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| H-D U.S.A., LLC,<br><br>      Plaintiff,<br><br>v.<br><br>3AAA STORE, et al.,<br><br>      Defendants. | Case No. 19-cv-01789<br><br>**Judge Charles R. Norgle**<br><br>**Magistrate Judge Maria Valdez** |

### SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on May 30, 2019 [44], in favor of H-D U.S.A., LLC ("Harley-Davidson" or "Plaintiff") and against the Defendants Identified in Schedule A in the amount of one million dollars ($1,000,000) per Defaulting Defendant, and Harley-Davidson acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| chenmeng | 112 |
| duowanyinle | 117 |
| kamensee | 134 |
| linxiaoyan | 139 |
| lnstant | 141 |
| lulusong | 144 |
| PopularWind92 | 150 |
| Tsen Ping | 163 |
| Yueng Luk | 172 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 20th day of December 2019.    Respectfully submitted,

/s/ RiKaleigh C. Johnson
Amy C. Ziegler
Justin R. Gaudio
RiKaleigh C. Johnson
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law

*Counsel for Plaintiff H-D U.S.A., LLC*